FILED
JAN 0 4 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR3515-GT |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| THOMAS POMPA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled for January 5, 2011, at 9:00 a.m., be continued to February 7, 2011, at 9:00 a.m., in order to allow defense counsel additional time to prepare for the hearing. The defendant is in custody and the parties agree that time is excludable under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: 1-4-11

HONORABLE GORDON THOMPSON, JR.
United States District Judge